UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LUNDELL, | ) | No. 2:12-CV-02832-MCE-AC |
| | ) | |
| Plaintiff | ) | |
| v. | ) | **ORDER REGARDING FILING** |
| | ) | **FIRST AMENDED** |
| COUNTY OF SACRAMENTO, et al., | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Good cause having been shown, Plaintiff may file a First Amended Complaint in accordance with the Stipulation For Filing Amended Complaint signed by attorneys for Plaintiff and Defendants, dated July 3, 2013.  Plaintiff is hereby directed to file his First Amended Complaint within five (5) days from the date this Order is electronically filed.

**IT IS SO ORDERED.**

**Dated:  July 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT