Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendants
COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SACRAMENTO COUNTY SHERIFF SCOTT R. JONES; and SACRAMENTO COUNTY SHERIFF DEPUTY JOSEPH MCMAHON
**<u>PUBLIC ENTITY-FILING FEE WAIVED</u>**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. LUNDELL, | Case No. 2:12-cv-02832 |
| Plaintiff, | **Stipulation And Order For Entry of Dismissal** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff David C. Lundell and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, and SACRAMENTO COUNTY SHERIFF DEPUTY JOSEPH MCMAHON (hereinafter "Defendants") hereby stipulate pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) that Plaintiff will voluntarily dismiss with prejudice Defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT AND SACRAMENTO COUNTY SHERIFF SCOTT R. JONES from this action.

Plaintiff and Defendants also hereby stipulate that Plaintiff will voluntarily dismiss the First Cause of Action for Violation of Civil Rights 42 U.S.C. § 1983 against the Defendant County of Sacramento.

Each party dismissed herein to bear their own costs and attorneys fees.

So stipulated.

Dated: February 1, 2016    EVANS WIECKOWSKI WARD
                                                                & SCOFFIELD, LLP

By:/s/ *Carol A. Wieckowski*
    Carol A. Wieckowski
    Cathleen J. Fralick
    Attorneys for Defendants
    County Of Sacramento; Sacramento County
    Sheriff's Department; Sacramento County
    Sheriff Scott R. Jones; And Sacramento County
    Sheriff Deputy Joseph McMahon

Dated:  February __ 2016    LAW OFFICE OF YORK & GARVEY

By: /s/ *Darrell J. York*
    Darrell J. York
    Attorney for Plaintiff David Lundell

**ORDER**

Pursuant to the foregoing stipulation, it is HEREBY ORDERED that Defendants Sacramento County Sheriff's Department and Sheriff Scott R. Jones are DISMISSED from this action. It is further ordered that Plaintiff's First Cause of Action under 42 U.S.C. § 1983 is DISMISSED as to Defendant County of Sacramento.

IT IS SO ORDERED.

Dated: February 10, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT