Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
137 N. Larchmont Blvd., #506
Los Angeles, CA 90004
Telephone (866) 908-2121
Facsimile (877) 221-3306
Email: djylaw@gmail.com
Email: sarahgarvey@yahoo.com

Attorneys for Plaintiff
DAVID CHRISTOPHER LUNDELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LUNDELL, | ) CASE NO.: 2:12-CV-02832-MCE-AC |
| Plaintiff, | ) *HONORABLE MORRISON C. ENGLAND JR.* |
| vs. | ) **NOTICE OF SETTLEMENT** |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF SCOTT R. JONES (in his individual and official capacities); SACRAMENTO COUNTY SHERIFF'S DEPUTY JOSEPH MCMAHON; DOES 1 THROUGH 20 (in their individual capacities), and DOES 21 THROUGH 50 (in their individual and official capacities), | ) |
| Defendants. | ) |

///

///

///

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, DAVID LUNDELL, and Defendant, JOSEPH MCMAHON, by and through their respective attorneys of record, have reached a settlement of the above-entitled case subject to Board approval. The Parties will file a stipulation for dismissal after approval and payment of the settlement, which is estimated within 3 months.

    Accordingly, the Parties respectfully request that the Court:

    1. Vacate all pending dates and remove this matter from the Court's active civil calendar list; and

    2. Set a status conference after 4 months wherein if the settlement has not been approved reset this case for trial.

Dated: August 5, 2016    York & Garvey

    "/s/ *Darrell J. York*"
Darrell J. York
Attorneys for Plaintiff

Dated: August 9, 2016    EVANS, WIECKOWSKI & WARD

    "/s/ *Carol Wieckowski*"
Carol Wieckowski
Attorneys for Defendant