**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LUNDELL, | CASE NO.: 2:12-CV-02832-MCE-AC |
| Plaintiff, | *HONORABLE MORRISON C. ENGLAND JR.* |
| vs. | ORDER |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF SCOTT R. JONES(in his individual and official capacities); SACRAMENTO COUNTY SHERIFF'S DEPUTY JOSEPH MCMAHON; DOES 1 THROUGH 20 (in their individual capacities), and DOES 21 THROUGH 50 (in their individual and official capacities), | |
| Defendants. | |

Pursuant to the Parties' Notice of Settlement(ECF No. 67), IT IS HEREBY ORDERED that all pending dates are vacated and this matter is removed from the Court's active civil calendar list. The parties are FURTHER

ORDER RE VACATING DATES AND SCHEDULING STATUS CONFERENCE 1

1    ORDERED to file dispositional documents no later than

2    October 12, 2016.

3         IT IS SO ORDERED.

4    Dated:  August 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER RE VACATING DATES AND SCHEDULING STATUS CONFERENCE 2