```
 1  Darrell J. York, Esq. (SBN 145601)
    Sarah L. Garvey, Esq. (SBN 202491)
 2  Law Offices of York & Garvey
    137 N. Larchmont Blvd., #506
 3  Los Angeles, CA 90004
    Telephone (866) 908-2121
 4  Facsimile (877) 221-3306
    Email: djylaw@gmail.com
 5  Email: sarahgarvey@yahoo.com
 6
    Attorneys for Plaintiff
 7
    DAVID CHRISTOPHER LUNDELL
 8
 9
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUNDELL, | CASE NO.: 2:12-CV-02832-MCE-AC |
| Plaintiff, | *HONORABLE MORRISON C. ENGLAND JR.* |
| vs. | **ORDER CONTINUING THE DATE TO FILE DISPOSITIONAL DOCUMENTS** |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF SCOTT R. JONES(in his individual and official capacities); SACRAMENTO COUNTY SHERIFF'S DEPUTY JOSEPH MCMAHON; DOES 1 THROUGH 20 (in their individual capacities), and DOES 21 THROUGH 50 (in their individual and official capacities), | |
| Defendants. | |

Pursuant to the Parties' Joint Request to Continue the Date to File Dispositional Documents, and good cause appearing, IT IS HEREBY ORDERED as follows:

The date to file the dispositional documents in this matter is continued from October 12, 2016 to December 12, 2016.

IT IS SO ORDERED.

**Dated: October 14, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING THE DATE TO FILE DISPOSITIONAL DOCUMENTS - 2 -