Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
137 N. Larchmont Blvd., #506
Los Angeles, CA 90004
Telephone (866) 908-2121
Facsimile (877) 221-3306
Email: djylaw@gmail.com
Email: sarahgarvey@yahoo.com

Attorneys for Plaintiff
DAVID CHRISTOPHER LUNDELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LUNDELL, | CASE NO.: 2:12-CV-02832-MCE-AC |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND ORDER FOR DISMISSAL |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF SCOTT R. JONES (in his individual and official capacities); SACRAMENTO COUNTY SHERIFF'S DEPUTY JOSEPH MCMAHON; DOES 1 THROUGH 20 (in their individual capacities), and DOES 21 THROUGH 50 (in their individual and official capacities), | |
| Defendants. | |

///

///

///

JOINT STIPULATION AND ORDER FOR DISMISSAL - 1 -

It is hereby stipulated by and between the parties to this action, through their designated counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be and is hereby dismissed with prejudice.

              Respectfully submitted,

Dated: November 7, 2016   YORK & GARVEY

              /s/ *Darrell J. York*
              Darrell J. York
              Attorneys for Plaintiff

Dated: October 7, 2016    EVANS, WIECKOWSKI & WARD

              "/s/ *Carol Wieckowski*"
              Carol Wieckowski
              Attorneys for Defendant