Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
137 N. Larchmont Blvd., #506
Los Angeles, CA 90004
Telephone (866) 908-2121
Facsimile (877) 221-3306
Email: djylaw@gmail.com
Email: sarahgarvey@yahoo.com

Attorneys for Plaintiff

DAVID CHRISTOPHER LUNDELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LUNDELL, | CASE NO.: 2:12-CV-02832-MCE-AC |
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF SCOTT R. JONES (in his individual and official capacities); SACRAMENTO COUNTY SHERIFF'S DEPUTY JOSEPH MCMAHON; DOES 1-20 (in their individual capacities), and DOES 21 THROUGH 50 (in their individual and official capacities), | |
| Defendants. | |

///

///

///

ORDER FOR DISMISSAL - 1 -

1    Pursuant to the Stipulation of the parties, the entire
2 action, including all claims stated herein against all parties,
3 is hereby dismissed with prejudice.
   IT IS SO ORDERED.
4
5 Dated:  November 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE